**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

**5/29/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

Case Number   5:25-CR-00182-MRA          Defendant Number   1

U.S.A.  v.   Thomas Eugene Streavel      Year of Birth   1952

[✓] Indictment          [ ] Information

Investigative agency (FBI, DEA, etc.)   USSS

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   11/12/24, 11/16/24, 11/19/24, 11/28/24

c. County in which first offense occurred

San Bernardino

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

[ ] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[✓] San Bernardino       [ ] Other _____

Citation of Offense   8 U.S.C. § 871

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[✓] No     [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of
Assignment of Cases and Duties to District Judges, criminal
cases may be related if a previously filed indictment or
information and the present case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): N/A

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on:  N/A

Case Number:   N/A

Assigned Judge:   N/A

Charging: N/A

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide Name:   N/A

Phone Number:   N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*     [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*     [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*     [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*     [✓] No

Was a Notice of Complex Case filed on the Indictment or
Information?
[ ] Yes     [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male      ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?      ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud      ☐ public corruption

☐ government fraud                ☐ tax offenses

☐ environmental issues            ☐ mail/wire fraud

☐ narcotics offenses              ☐ immigration offenses

☐ violent crimes/firearms         ☐ corporate fraud

☑ Other    Threats Against President-Elect _____

_____

### CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution:  N/A _____

c. If Federal, U.S. Marshals Service Registration Number:
   N/A _____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:   ☐ Yes   ☑ No

   IF YES :  ☐ State      ☐ Federal      ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☑ No

   IF YES :  ☐ State   ☐ Federal   AND

   Name of Court:  N/A _____

   Date transferred to federal custody: N/A _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date _____ 05/28/2025 _____

_____
Signature of Assistant U.S. Attorney
Matt Coe-Odess
_____
Print Name